**JASON I. SER**
California State Bar No. 201816
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone No. (619) 234-8467
Email: Jason_Ser@fd.org

Attorneys for Mr. Distefano

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 08MJ2011 |
| Plaintiff, | |
| v. | **NOTICE OF APPEARANCE** |
| JAIME JOSEPH DISTEFANO, | |
| Defendant. | |

      Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Jason I. Ser, Federal Defenders of San Diego, Inc., files this Notice of Appearance as co-counsel in the above-captioned case.

Respectfully submitted,

Dated: July 8, 2008       /s/ JASON I. SER
                                        Federal Defenders of San Diego, Inc.
                                        Attorneys for Defendant
                                        Jason_Ser@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Copy to Defendant

Dated: July 8, 2008
/s/ STEPHEN D. DEMIK
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA  92101-5030
(619) 234-8467  (tel)
(619) 687-2666  (fax)
Stephen_Demik@fd.org (email)