FILED

08 JUL 16 PM 3: 23

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: EL    DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

June 2008 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,            Plaintiff,     v.  JAIME JOSEPH DISTEFANO,            Defendant. | Criminal Case No. 08 CR 2351 JM  I N D I C T M E N T  Title 21, U.S.C., Sec. 841(a)(1) - Possession of Marijuana and Methamphetamine with Intent to Distribute; Title 21, U.S.C., Sec. 860 - Possession of Marijuana with Intent to Distribute in or Near a Playground; Title 18, U.S.C., Secs. 922(k) and 924(a)(1)(B) - Possession of Firearm with Obliterated Serial Number; Title 26, U.S.C., Secs. 5861(d) and 5871 - Possession of an Unregistered Firearm; Title 18, U.S.C., Secs. 922(g)(1) and 924(a)(2) - Felon in Possession of a Firearm; Title 18, U.S.C., Sec. 924(c) - Possession of Firearm in Furtherance of Drug Trafficking Offense |

The grand jury charges:

Count 1

On or about June 30, 2008, within the Southern District of California, defendant JAIME JOSEPH DISTEFANO did knowingly and intentionally possess, with intent to distribute, approximately 5.44 kilograms (approximately 12 pounds) of marijuana, and 21 marijuana plants, both Schedule I Controlled Substances; all in violation of Title 21, United States Code, Section 841(a)(1).

ABC:nlv(2):San Diego
7/16/08

Count 2

On or about June 30, 2008, within the Southern District of California, defendant JAIME JOSEPH DISTEFANO did knowingly and intentionally possess, with intent to distribute, approximately 18 grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

Count 3

On or about June 30, 2008, within the Southern District of California, defendant JAIME JOSEPH DISTEFANO did knowingly and intentionally possess, with intent to distribute, approximately 5.44 kilograms (approximately 12 pounds) of marijuana, and 21 marijuana plants, within one thousand feet of the real property comprising Goodland Acres Park, a playground; in violation of Title 21, United States Code, Sections 841(a)(1) and 860.

Count 4

On or about June 30, 2008, within the Southern District of California, defendant JAIME JOSEPH DISTEFANO did knowingly and intentionally possess firearms, that is, one Marlin, model 55G, 12 gauge bolt action shotgun, no serial number; which have had the manufacturer's serial number removed and obliterated, and have been shipped and transported in interstate commerce; in violation of Title 18, United States Code, Sections 922(k) and 924(a)(1)(B).

Count 5

On or about June 30, 2008, within the Southern District of California, defendant JAIME JOSEPH DISTEFANO did knowingly and intentionally possess firearms, to wit, the following:
//

      a.    one Hatsan, model PS, 12 gauge semi-automatic shotgun, serial number 082926;

      b.    one Marlin, model 55G, 12 gauge bolt action shotgun, no serial number;

      c.    one Remington, model Nylon 66 Autoloader, .22 caliber semi-automatic rifle, serial number AJS5598; and

      d.    one Smith and Wesson, model 586, .357 caliber revolver, serial number A2109697.

All that were not registered to him in the National Firearms Registration and Transfer Record; in violation of Title 26, United States Code, Sections 5861(d) and 5871.

## Count 6

On or about June 30, 2008, within the Southern District of California, defendant JAIME JOSEPH DISTEFANO, being a person previously convicted in a court, that is, the Municipal Court of California, County of San Diego, of a crime punishable by imprisonment for a term exceeding one year, that is, on or about April 14, 1997, of armed robbery; in violation of California Penal Code Section 211, did knowingly and unlawfully possess, in and affecting interstate or foreign commerce, the below-listed firearms:

      a.    one Hatsan, model PS, 12 gauge semi-automatic shotgun, serial number 082926;

      b.    one Marlin, model 55G, 12 gauge bolt action shotgun, no serial number;

      c.    one Remington, model Nylon 66 Autoloader, .22 caliber semi-automatic rifle, serial number AJS5598; and

//

//

     d.   one Smith and Wesson, model 586, .357 caliber revolver, serial number A2109697.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## Count 7

On or about June 30, 2008, within the Southern District of California, defendant JAIME JOSEPH DISTEFANO, during and in relation to a drug trafficking crime for which the defendant may be prosecuted in a court of the United States, namely, Possession of Marijuana with Intent to Distribute, the crimes charged in Counts 1 and 3 of this indictment, did knowingly possess in furtherance of such crimes, firearms, that is:

     a.   one Hatsan, model PS, 12 gauge semi-automatic shotgun, serial number 082926;

     b.   one Marlin, model 55G, 12 gauge bolt action shotgun, no serial number;

     c.   one Remington, model Nylon 66 Autoloader, .22 caliber semi-automatic rifle, serial number AJS5598; and

     d.   one Smith and Wesson, model 586, .357 caliber revolver, serial number A2109697.

All in violation of Title 18, United States Code, Section 924(c)(1).

DATED: July 16, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
AARON B. CLARK
Assistant U.S. Attorney

4