| | |
|---|---|
| 1 | KAREN P. HEWITT |
|   | United States Attorney |
| 2 | AARON B. CLARK |
|   | Assistant U.S. Attorney |
| 3 | California State Bar No. 239764 |
|   | United States Attorney's Office |
| 4 | 880 Front Street, Room 6293 |
|   | San Diego, California 92101-8893 |
| 5 | Telephone: (619) 557-6787/(619) 235-2757 (Fax) |
|   | Email: aaron.clark@usdoj.gov |
| 6 | |
|   | Attorneys for Plaintiff |
| 7 | United States of America |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR2351JM |
|---|---|---|
| Plaintiff, | ) | DATE: August 8, 2008 |
|  | ) | TIME: 11:00 a.m. |
| v. | ) | COURTROOM: 16 |
|  | ) | Before Honorable Jeffrey T. Miller |
| JAMIE JOSEPH DISTEFANO, | ) |  |
|  | ) | UNITED STATES' MOTION FOR |
| Defendant(s). | ) | RECIPROCAL DISCOVERY |
|  | ) |  |
|  | ) | TOGETHER WITH STATEMENT OF |
|  | ) | FACTS AND MEMORANDUM OF |
|  | ) | POINTS AND AUTHORITIES |

COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Aaron B. Clark, Assistant U.S. Attorney, and hereby files its Motion for Reciprocal Discovery in the above-referenced case. Said motion is based upon the files and records of this case together with the attached statement of facts and memorandum of points and authorities.

DATED: July 28, 2008.

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

s/ Aaron B. Clark
AARON B. CLARK
Assistant United States Attorney

| | |
|---|---|
| 1 | KAREN P. HEWITT<br>United States Attorney |
| 2 | AARON B. CLARK<br>Assistant U.S. Attorney |
| 3 | California State Bar No. 239764<br>United States Attorney's Office |
| 4 | 880 Front Street, Room 6293<br>San Diego, California 92101-8893 |
| 5 | Telephone: (619) 557-6787/(619) 235-2757 (Fax)<br>Email: aaron.clark@usdoj.gov |
| 6 | |
| 7 | Attorneys for Plaintiff<br>United States of America |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR2351JM |
|---|---|---|
| Plaintiff, | ) ) ) | DATE:           August 8, 2008<br>TIME:           11:00 a.m. |
| v. | ) ) | COURTROOM:  16<br>Before Honorable Jeffrey T. Miller |
| JAMIE JOSEPH DISTEFANO, | ) ) | UNITED STATES' STATEMENT OF |
| Defendant(s). | ) ) ) | FACTS AND MEMORANDUM OF POINTS AND AUTHORITIES |

**I**

**STATEMENT OF THE CASE**

On July 16, 2008, a grand jury sitting in the Southern District of California returned a seven-count Indictment against Defendant Jamie Joseph Distefano ("Defendant"), charging him with Possession of Marijuana and Methamphetamine with Intent to Distribute, in violation of 21 U.S.C. § 841(a)(1), Possession of Marijuana with Intent to Distribute in or Near a Playground, in violation of 21 U.S.C. § 860, Possession of Firearm with Obliterated Serial Number, in violation of 18 U.S.C. §§ 922(k) and 924(a)(1)(B), Possession of an Unregistered Firearm, in violation of 26 U.S.C. §§ 5861(d) and 5871, Felon in Possession of a Firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2), and Possession of Firearm in Furtherance of Drug Trafficking Offense,

2

1 | in violation of 18 U.S.C. § 924(c). On July 17, 2008, Defendant was arraigned on the Indictment
2 | and entered a plea of "Not Guilty."

## II

## STATEMENT OF FACTS

On June 30, 2008, agents with the Drug Enforcement Agency executed a search warrant on Defendant's home, located at 8875 Troy Street, Spring Valley, CA. In their search of Defendant's residence, agents found the following:

- Three large bricks and three plastic baggies containing approximately 5.443 kilograms (12 lbs.) of marijuana;
- Near the marijuana, a loaded Smith & Wesson, model 586, .357 caliber, revolver
- Records agents identified as being consistent with "pay and owe" sheets;
- Operable surveillance monitors for video cameras;
- In Defendant's bedroom, next to his bed, a Hatsan, model PS, 12 gauge semi-automatic shotgun (loaded). The barrel has been sawed off to 17.5 inches;
- Two additional firearms in the bedroom/closet area – a Marlin, model 55G, 12 gauge bolt action shotgun, and a Remington, model Nylon 66 Autoloader, .22 caliber semi-automatic rifle;
- Eight rounds of .22 caliber ammunition;
- Two rounds of 12 gauge shotgun shells;
- 21 marijuana plants.

Shortly after agents initiated the search of Defendant's residence, Defendant was arrested. On his person, officers found 18 grams of methamphetamine divided into five plastic baggies.

Records checks reveal that Defendant has a substantial criminal record, including prior felony convictions for Armed Robbery, and Possession of Marijuana for sale.

Defendant did not elect to make a post-arrest statement.

### III

### UNITED STATES' MOTION FOR RECIPROCAL DISCOVERY

The United States hereby moves for reciprocal discovery from Defendant. To date Defendant has not provided any. The United States, pursuant to Rule 16 of the Federal Rules of Criminal Procedure, requests that Defendant permit the United States to inspect, copy, and photograph any and all books, papers, documents, photographs, tangible objects, or make copies of portions thereof, which are within the possession, custody or control of Defendant and which Defendant intends to introduce as evidence in his case-in-chief at trial.

The United States further requests that it be permitted to inspect and copy or photograph any results or reports of physical or mental examinations and of scientific tests or experiments made in connection with this case, which are in the possession or control of Defendant, which Defendant intends to introduce as evidence-in-chief at the trial, or which were prepared by a witness whom Defendant intends to call as a witness. Because the United States will comply with Defendant's requests for delivery of reports of examinations, the United States is entitled to the items listed above under Rule 16(b)(1) of the Federal Rules of Criminal Procedure. The Government also requests a written summary of the names, anticipated testimony, and bases for opinions of experts Defendant intends to call at trial under Rules 702, 703, and 705 of the Federal Rules of Evidence.

The United States also requests that the Court make such order as it deems necessary under Rules 16(d)(1) and (2) to ensure that the United States receives the discovery to which it is entitled.

In addition, Rule 26.2 of the Federal Rules of Criminal Procedure requires the production of prior statements of all witnesses, except a statement made by Defendant. This rule thus provides for the reciprocal production of <u>Jencks</u> statements. The time frame established by the rule requires the statement to be provided after the witness has testified. To expedite trial proceedings, the United States hereby requests that Defendant be ordered to supply all prior

4

statements of defense witnesses by a reasonable date before trial to be set by the Court. Such an order should include any form in which these statements are memorialized, including but not limited to, tape recordings, handwritten or typed notes and/or reports.

## IV

## **CONCLUSION**

For the foregoing reasons, the Government respectfully requests that its motion be granted.

DATED: July 28, 2008.

                                  Respectfully submitted,

                                  KAREN P. HEWITT
                                  United States Attorney

                                  s/ Aaron B. Clark
                                  AARON B. CLARK
                                  Assistant United States Attorney

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>JAIME JOSEPH DISTEFANO,<br><br>Defendant(s). | Case No. 08CR2351-JM<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

I, AARON B. CLARK, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of UNITED STATES' MOTION FOR RECIPROCAL DISCOVERY on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

1. Jason I. Ser

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 28, 2008.

                                                      s/ Aaron B. Clark
                                                      AARON B. CLARK